MATILDA C. MORRISON, plaintiff in error, *vs.* CHARLES LATI-
MER, defendant in error.

LEWIS G. KIRKLAND, plaintiff in error, *vs.* REUBEN W.
WADE, guardian, defendant in error.

THOMAS J. HUNT, plaintiff in error, *vs.* THE SOUTHWESTERN
RAILROAD COMPANY, defendant in error.

1. This court will not control the presiding judge in the exercise of his
   sound discretion in granting a new trial, on the ground that the ver-
   dict of the jury is strongly and decidedly against the weight of evi-
   dence in respect to the amount of damages found, unless that discre-
   tion was abused.
2. The judgment for a new hearing being affirmed on the above ground,
   the presumption is that other errors, if any, will be corrected by the
   court on that new hearing.

THE WESTERN & ATLANTIC RAILROAD COMPANY, plaintiff in
error, *vs.* WILLIAM L. BROWN, defendant in error.

N. A. MORRIS, plaintiff in error, *vs.* S. J. LEE, administrator,
*et al.*, defendants in error.

The verdict was contrary neither to the law nor the evidence.
WARNER, Chief Justice.

JOHN F. MANN, assignee, plaintiff in error, *vs.* GEORGE A.
CUNNINGHAM & Co. *et al.*, defendants in error.

Where a case is submitted to the presiding judge without the interven-
tion of a jury, his judgment upon the facts has the same sanctity as
the verdict of a jury. If there is evidence to sustain the judgment,
it will not be set aside.
WARNER, Chief Justice.